

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-21-00308-CR

## IN RE BENJAMIN ALAN MORRISON

---

## Original Proceeding

---

## From the 19th Judicial District Court
## McLennan County, Texas
## Trial Court No. 2010-997-01

---

## MEMORANDUM OPINION

---

The petition for writ of mandamus filed by Relator Benjamin Alan Morrison on

November 19, 2021 is dismissed as moot.

MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Appeal dismissed
Opinion delivered and filed March 16, 2022
Do not publish
[OT06]

